EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Veronica R. Lopez<br>4106 North 30th Drive<br>Phoenix, AZ 85017 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative<br>**Patricia A. Miner,**<br>**Supervisory Investigator** | | Telephone No. |
| **540-2017-03461** | | | **(602) 640-5036** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  |  |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Elizabeth Cadle,**
**District Director**

AUG 0 9 2018

(Date Mailed)

Enclosures(s)

cc: **Heather M. Lehman-Malinowski**
**Paralegal**
**Sbarro, LLC**
**1328 Dublin Road, Suite 200**
**Columbus, OH 43215**

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

SEP 2 2 2017

540-2017-03401

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating not known. If a question is not applicable, write "N/A." (PLEASE PRINT)

REC'D EEOC

SEP 22 2017   12:40

### 1. Personal Information

Last Name: Lopez   First Name: Veronica   MI: R   PXDO

Street or Mailing Address: 4106 N 30th Dr   Apt or Unit #:

City: Phoenix   County: Maricopa   State: AZ   Zip: 85017

Phone Numbers: Home: (602) 575-1186   Work: (   )

Cell: (   )   Email Address: Meltabangmomma@AOl.com

Date of Birth: 4-29-1969   Sex: ☐ Male ☒ Female   Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☒ White

☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? Caucasian

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Jeanne Hansen   Relationship: Mother

Address: 4106 N 30th Dr   City: Phoenix   State: AZ   Zip Code: 85017

Home Phone: (602) 576-9864   Other Phone: (   )

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: Sbarro LLC

Address: 7700 W Arrowhead Town Center   County: Maricopa

City: Glendale   State: AZ   Zip: 850   Phone: (623) 412-2034

Type of Business: Restaurant   Job Location if different from Org. Address:

Human Resources Director or Owner Name: Dana Dorado   Phone: (720) 937-5808

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: 10-5-2015   Job Title At Hire: Co Manager

Pay Rate When Hired: $11.25   Last or Current Pay Rate: 12.50

Job Title at Time of Alleged Discrimination: Co Manager   Date Quit/Discharged: Still employed

Name and Title of Immediate Supervisor: Carlos Villazuna

If Job Applicant, Date You Applied for Job ___   Job Title Applied For ___

1

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. ~~Amanda Native Human Puerto a Manager~~ she was fired and ~~Hector was fired Spanish~~ misread

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

9.  Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one.
☑ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
I have a Small Tear in my left Shoulder and have a dr note Stating I can work and Perform the duties described in the employee handbook.

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☑ No
If "Yes," what medication, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
☑ Yes ☐ No
If "Yes," when did you ask? ~~8-9~~ 8-23-17  How did you ask (verbally or in writing)? Writing Dr note
Who did you ask? (Provide full name and job title of person)
Carlos Villazana   Store Manager  Cesar Carcia
Describe the changes or assistance that you asked for: No lifting over 15 lbs ~~with~~ with left arm No lifting left arm above 90°

How did your employer respond to your request? Carlos He was Acommadating ~~Cesar~~ Cesar took Note and then 3 weeks later told me I cant work

3

Arecely Martinez – Hispanic female 32 Co manager
Paid 3.00 more Per hour given Store manager
Position over me.